05/03/2021  03:24  4062932435            ANN GERMAN                    PAGE  06/06

**FILED**

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0006

ORIGINAL

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 21-0006

| | |
|---|---|
| In Re The Marriage Of:<br><br>**JOHNETTE GAY JONES WATKINS,**<br><br>Appellant,<br><br>vs.<br><br>**CHARLES EDWARD WATKINS,**<br><br>Appellee. | **ORDER GRANTING EXTENSION** |

Upon Motion of counsel for the Appellant, no objection by Appellee, and good cause appearing therefore, Appellant is granted until June 2, 2021, in which to file and serve the opening brief of Appellant.

DATED this ____ day of May, 2021.

_____
Justice of the Supreme Court

FILED

MAY 0 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana